UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-311-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NICK BIANCO MILLER, JR. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Count Two (Doc. No. 32) of the Indictment, (Doc. No. 1), without prejudice, to which the defendant does not object. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 32), is **GRANTED** and Count Two of the Indictment, (Doc. No. 1), is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Government's unopposed motion to continue the sentencing is **GRANTED**. The additional time is necessary to allow a revised Presentence Investigation Report that reflects the dismissal of Count Two be filed with the Court.

Signed: May 18, 2021



Max O. Cogburn Jr
United States District Judge